Judgment of the Municipal Court affirmed, with costs.

KNAPP v. KNAPP. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Appeal from Special Term, New York County. Action by Maud Knapp against Alfred S. Knapp. From an order granting plaintiff's motion for alimony and counsel fee, defendant appeals. Reversed. George S. Graham, for appellant. I. N. Jacobson, for respondent.

PER CURIAM. We think, upon the undisputed facts, the court had no jurisdiction of the subject-matter of the action, and therefore the order for alimony and counsel fee should not have been granted. The order is reversed, and the motion denied.

KNIGHT, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by George L. Knight against the City of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

KONIG, Appellant, v. HECLA IRON WORKS, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Pauline Konig, as administratrix, etc., against the Hecla Iron Works. No opinion. Motion denied, without costs. See, also, 128 App. Div. 894, 112 N. Y. Supp. 1134.

KOZAK, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by George Kozak against the Erie Railroad Company. No opinion. Motion denied, with $10 costs. See, also, 119 N. Y. Supp. 876.

KRIPPENDORF, Respondent, v. MARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Albert Krippendorf against J. Howard Mark. No opinion. Judgment and order affirmed, with costs.

LABEE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Frank A. Labee against the International Railway Company. No opinion. Judgment affirmed, with costs.

In re LADEW. (Supreme Court, Appellate Division. First Department. December 10, 1909.) In the matter of Rebecca Ladew. No opinion. Motion denied. Order filed.

LA FLAIR, Appellant, v. LA FLAIR, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by Joseph H. La Flair against Mary Jennie La Flair. No opinion. Order affirmed, with $10 costs and disbursements.

LAKE, Respondent, v. SWENSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action of Louise H. Lake against Snor Albert Swenson. No opinion. Order of the Municipal Court affirmed, with $10 costs and disbursements. See, also, 118 N. Y. Supp. 1119; 119 N. Y. Supp. 1132.

LANGLOIS, Appellant, v. BELMORE, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Joseph A. Langlois against Joseph Belmore. No opinion. Order affirmed, with $10 costs and disbursements.

LAPIER, Appellant, v. GONYO, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Harrison Lapier against Frank Gonyo. No opinion. Judgment unanimously affirmed, with costs.

LA ROSA v. LARKIN. SCOTT v. OPDYKE. In re FOLEY. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Actions by Nicolas La Rosa against Michael Larkin, and by Major O. Scott against Stacy B. Opdyke. In the matter of Delia Foley. No opinions. Motions granted, with $10 costs. Orders filed.

LAWLOR, Respondent, v. DENSMORE COMPTON BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Lillie Lawlor against the Densmore Compton Building Company and another. C. Gignoux, for appellants. E. W. Cushing, for respondent. No opinion. Judgment (63 Misc. Rep. 458, 118 N. Y. Supp. 468) affirmed, with costs, on the opinion of the court below, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

LAWLOR, Respondent, v. NEW YORK & NEW ENGLAND REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Joseph Lawlor against the New York & New England Realty Company. No opinion. Judgment and order affirmed, with costs.

LEE, Appellant, v. DALY, Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Katie Lee against Margaret C. Daly. A. Steckler, for appellant. D. L. Podell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LEFI, Respondent, v. KNAUTH et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by William Lefi against Wilhelm Knauth and others. No opinion. Motion denied. See, also, 119 N. Y. Supp. 1132.

LEVIN et al. v. DIETZ. (Supreme Court, Appellate Division, Second Department. Janu-